*back*

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI  #1528
Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2005

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE LOUIS LERMA-GAMBINO,　(01)<br><br>　　　　　Defendant. | CR. NO. CR05 00033 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846,<br>　841(a)(1), 841(b)(1)(A) &<br>　841(b)(1)(B)] |

I N D I C T M E N T

COUNT 1

The Grand Jury charges that:

　A.　General Allegations

From on or about February 11, 2004 until on or about and including December 4, 2004, in the District of Hawaii, and elsewhere,

JOSE LOUIS LERMA-GAMBINO

defendant herein, willfully conspired together with a person known to the Grand Jury, to distribute and to possess with intent to distribute in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers (a Schedule II controlled substance), in violation of Title 21, United States Code, Sections 841(a)(1). It was part of this conspiracy that 50 grams or more of methamphetamine would be transported from California to Hawaii.

B.  Overt Acts

In furtherance and during the existence of this conspiracy the following overt acts were committed in Hawaii and elsewhere by defendant JOSE LOUIS LERMA-GAMBINO:

1. On or about October 23, 2004, JOSE LOUIS LERMA-GAMBINO talked via telephone about methamphetamine with a person in Honolulu, Hawaii.

2. On or about October 26, 2004, JOSE LOUIS LERMA-GAMBINO caused a quantity of methamphetamine to be shipped via Federal Express ("FedEx") from California to Honolulu, Hawaii.

3. On or about October 28, 2004, JOSE LOUIS LERMA-GAMBINO talked via telephone about methamphetamine with a person in Honolulu, Hawaii.

All in violation of Title 21, United States Code, §§ 846, 841(a)(1), and 841(b)(1)(A).

COUNT 2

The Grand Jury further charges:

On or about October 26, 2004, defendant JOSE LOUIS LERMA-GAMBINO knowingly and intentionally caused 5 grams or more (to wit, approximately 27.3 grams) of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, to be distributed in the District of Hawaii.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

DATED: Jan. 13, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney

United States v. Jose Louis Lerma-Gambino
Cr. No. _____
"Indictment"

3