PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      shanlyn_park@fd.org

Attorney for Defendant
JOSE LUIS LERMA-GABINO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00033 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING DATE |
| vs. | ) |
| | ) |
| JOSE LOUIS LERMA-GAMBINO, | ) New Date:  June 16, 2006 |
| | ) New Time:  1:30 p.m. |
| Defendant. | ) |
| | ) |

**<u>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant JOSE LUIS LERMA-GABINO's sentencing presently

set for April 10, 2006, at 2:15 p.m. be and is hereby continued to June 16, 2006, at 1:30 p.m. before Judge David A. Ezra.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii, March 9, 2006.

    /s/ Shanlyn A.S. Park
    SHANLYN A.S. PARK
    Attorney for Defendant
    JOSE LUIS LERMA-GABINO

    /s/ Louis A. Bracco
    LOUIS A. BRACCO
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

    DATED:  Honolulu, Hawaii, March 10, 2006.

David Alan Ezra
United States District Judge