# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00033DAE

CASE NAME:          USA v. Jose Louis Lerma-Gambino

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:    David Alan Ezra          REPORTER:

DATE:     7/12/2006                TIME:

COURT ACTION:  EO:  Sentencing to Count 2 of the Indictment as to Defendant Jose Louis Lerma-Gambino.

AMENDED JUDICIAL RECOMMENDATIONS: Terminal Island, CA.  Educational and Vocational training.  Medical treatment; drug treatment.

Submitted by:  Theresa Lam, Courtroom Manager